IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

CAROLYN MILLER, )
 )
    Plaintiff, )
 )
v. )
 ) Civil Action No. 3:10-cv-17
 ) Judge Bailey
AMERICAN MEDICAL )
COLLECTION AGENCY, )
 )
and )
 )
QUEST DIAGNOSTICS, INC., )
 )
    Defendants. )

**DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1**
(Civil Action)

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, American Medical Collection Agency, who is a Defendant ("AMCA"), makes the following disclosure:

1. Is the party a non-governmental corporate party?

    YES

2. If the answer to Number 1 is "yes", list below any parent corporation or state that there is no such corporation:

    One corporation: Retrieval-Masters Creditors Bureau, Inc. American Medical Collection Agency is a trade name of Retrieval-Masters Creditors Bureau, Inc.

3. If the answer to Number 1 is "yes", list below any publically-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

    No such corporation.

      The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it will promptly file a supplemental statement upon any change in the information that this statement requires.

Date:  June 28, 2010

/s/ Thomas H. Ewing  
Signature of Counsel for Party  
Thomas H. Ewing, Esq. (WVSB #9655)  
KAY CASTO & CHANEY PLLC  
P.O. Box 2031  
Charleston, WV  25327  
(304) 345-8900